UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TARAS P. NYKORIAK,

    Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, LLC; RENT-A-CENTER EAST, INC.; RENT-A-CENTER, INC.; GREEN DOT CORPORATION; LVNV FUNDING LLC; ACIMA CREDIT, LLC; and CREDIT COLLECTION SERVICES, INC.,

    Defendants.

Case No.: 2:21-cv-12227-GAD-CI
Hon. Gershwin A. Drain
Mag. Judge Curtis Ivy, Jr.

_____

## STIPULATED ORDER DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned parties, with the parties having stipulated to the dismissal of the above-referenced cause of action with prejudice and without costs, interest or attorney fees to any party, and the Court being otherwise fully advised in the premises:

**IT IS HEREBY ORDERED AND ADJUDGED**, that the above entitled cause of action is dismissed in its entirety with prejudice and without costs, interest or attorney fees to any party, as to Green Dot Corporation, only.

*THIS IS A NOT FINAL ORDER AND DOES NOT CLOSE THE CASE*.

Dated: November 29, 2021　　　　　　　s/Gershwin A. Drain_____
　　　　　　　　　　　　　　　　　　　Hon. Gershwin A. Drain

1

*I hereby stipulate to the entry of the above
order and waive notice of entry of the same*

/s/ Taras P. Nykoriak
Plaintiff


/s/ J. Travis Mihelick
J. Travis Mihelick (P73050)
Attorney for Defendant Green Dot Corporation