UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

TARAS P. NYKORIAK,

    Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, LLC, RENT-ACENTER EAST, INC., RENT-ACENTER, INC., GREEN DOT CORPORATION, LVNV FUNDING AKA RESURGENT CAPITAL MANAGEMENT, ACIMA CREDIT LLC, and CREDIT COLLECTION SERVICES, INC.

    Defendants.

Case No. 2:21-cv-12227
Hon. Gershwin A. Drain

## **APPEARANCE**

Please enter the Appearance of Tamara E. Fraser of the law firm of Williams, Williams, Rattner & Plunkett, P.C. as counsel on behalf of Defendant Experian Information Solutions, Inc. in the above-referenced case.

    WILLIAMS, WILLIAMS, RATTNER
     & PLUNKETT, P.C.

    /s/ Tamara E. Fraser
    Tamara E. Fraser (P51997)
    380 N. Old Woodward Ave, Suite 300
    Birmingham, Michigan  48009
    248-642-0333
    tefraser@wwrplaw.com
    *Attorney for Experian Information Solutions, Inc.*

Dated:  January 4, 2022

## CERTIFICATE OF SERVICE

I, Tamara E. Fraser, hereby certify that on January 4, 2022, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will automatically send notification of such filing to all counsel of record.

                WILLIAMS, WILLIAMS, RATTNER & PLUNKETT, P.C.

                */s/ Tamara E. Fraser*
                Tamara E. Fraser (P51997)
                380 N. Old Woodward Ave, Suite 300
                Birmingham, Michigan  48009
                248-642-0333
                tefraser@wwrplaw.com
                *Attorney for Experian Information Solutions, Inc.*